```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
ZOLTAN HIRSCH,                                                :
                                        Plaintiff,            :
                                                              :      10 Civ. 9499 (LGS)
                -against-                                     :
                                                              :      OPINION AND ORDER
725 ASSOCIATES,                                               :
                                        Defendant.            :
                                                              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 13, 2014, Plaintiff's Second Amended Complaint was dismissed with leave to file a Third Amended Complaint by September 9, 2014;

WHEREAS, in the same opinion, Plaintiff's motion to dismiss Defendant's counterclaim for attorneys' fees was denied;

WHEREAS, Plaintiff has not filed a Third Amended Complaint; it is hereby

**ORDERED** that Plaintiff's claims against Defendant are dismissed with prejudice.

The parties are advised that, by separate order, the matter will be referred to a Magistrate Judge for a report and recommendation on the disposition of Defendant's counterclaim.

Dated: September 19, 2014
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE